GLEICH, SIEGEL & FARKAS, LLP
36 South Station Plaza
Great Neck, New York  11021
(516) 482-4436
Lara P. Emouna

*Attorneys for* PETERMARK II, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X    Chapter 11
In Re:                                                                                          Case No. 13- 13685 (SMB)

East 81st, LLC,


                                          Debtor.
------------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES

**PLEASE TAKE NOTICE,** that **GLEICH, SIEGEL & FARKAS LLP** appears for PETERMARK II, LLC, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, does hereby demand that all notices given or required to be given in this case be given to and served upon the undersigned at the office and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing Demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, ex-parte application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise

filed with regard to the above-referenced bankruptcy proceeding, including, specifically, but without limitation, any matter involving, directly or indirectly, that certain real estate mortgage presently between the debtor(s) and PETERMARK II, LLC, any action taken under Section 363, 364 and 365 of the Bankruptcy Code; any application to extend time for assumption and/or rejection; any application to obtain secured or unsecured credit; any application to conduct going-out of business or bankruptcy sales; any application to conduct auction sales; and any application to sublease, license or appoint managers or agents of mortgaged premises and/or any similar application or relief.

**PLEASE TAKE FURTHER NOTICE**, and that pursuant to and in compliance with the Rules aforesaid, Demand is hereby made for a true copy of the Petition, Schedules, Statement of Affairs, and Plan, if any, heretofore filed herein, as well as the names, addresses and telephone number(s) of any claimants or other parties, or of their respective attorneys, appearing herein.

Dated: Great Neck, New York
       November 25, 2013

                                        /s/ Lara P. Emouna
                                        LARA P. EMOUNA
                                        GLEICH, SIEGEL & FARKAS, LLP
                                        Attorneys for
                                        PETERMARK II, LLC
                                        36 South Station Plaza
                                        Great Neck, New York 11021
                                        (516) 482-4436

TO: Gilbert A. Lazarus
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016