UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                               :
                                                     :         Chapter 11
    EAST 81st, LLC,                             :         Case No. 13-13685 (SMB)
                                                     :
                  Debtor.        :
-------------------------------------------------------X

## ERRATA ORDER

## FINDINGS OF FACT AND CONCLUSIONS OF LAW
## GRANTING MOTION TO DISMISS CHAPTER 11 CASE

**A P P E A R A N C E S:**

LAZARUS & LAZARUS, P.C.
*Attorneys for the Debtor and Debtor-In-Possession*
240 Madison Avenue, 8th Floor
New York, NY 10016

    Gilbert A. Lazarus, Esq.
        Of Counsel

GLEICH, SIEGEL & FARKAS, LLP
*Attorneys for Petermark II LLC*
36 South Station Plaza
Great Neck, New York 11021

    Jonathan H. Freiberger, Esq.
    Lara P. Emouna, Esq.
        Of Counsel

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge:**

ORDERED, that the <u>Findings of Fact and Conclusions of Law Granting Motion to Dismiss Chapter 11 Case</u>, dated March 17, 2014, be changed as follows[1]:

A. Page 6, line 10, which reads "value of comparable condominium apartments has increased since April 2003.  Second,"

   should be changed to read "value of comparable condominium apartments has increased since April 2013.  Second,"

B. Page 6, line 12, which reads "are substantially larger than the two units sold in April 2003.  (*See Brunswick Appraisal* at"

   should be changed to read "are substantially larger than the two units sold in April 2013.  (*See Brunswick Appraisal* at"

C. Page 6, line 15, which reads "foot (though more in the aggregate) than the two April 2003 in-Building sales.  (*Accord*"

   should be changed to read "foot (though more in the aggregate) than the two April 2013 in-Building sales.  (*Accord*"

Dated: March 17, 2014
New York, New York

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

---

[1] All page and line references relate to the *Findings of Fact and Conclusions of Law Granting Motion to Dismiss Chapter 11 Case*, dated Mar. 17, 2014, appearing as Doc. No. 52 on the Court's Electronic Filing system.